UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-10028 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Bank Fraud |
| GABE OUTTRIM, | 18 U.S.C. § 1344 |
| Defendant. | |

The Grand Jury charges:

COUNT 1

Beginning on approximately November 10, 2015 and continuing through March 20, 2019, in Leola, in the District of South Dakota, Defendant Gabe Outtrim, knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution, CorTrust Bank, whose deposits were, at the time of the offense, insured by the Federal Deposit Insurance Corporation (FDIC), and to obtain the money, funds, credits, assets, securities, and other property owned by, and under the custody and control of, the aforementioned financial institution, by means of false or fraudulent pretenses, representations, and promises. Specifically, the Defendant was the branch manager and vice-president of the CorTrust Bank branch in Leola, South Dakota. In this capacity, the Defendant made a nominee loan in the name of an unknowing bank customer, R.K. The Defendant used the loan proceeds for the Defendant's own benefit. The Defendant also approved a renewal of the loan in the name of the

same unknowing customer. Defendant's actions were all in violation of 18 U.S.C. § 1344.

## COUNT 2

Beginning on approximately September 17, 2018 and continuing through February 21, 2019, in Leola, in the District of South Dakota, Defendant Gabe Outtrim, knowingly executed and attempted to execute a scheme and artifice to defraud a financial institution, CorTrust Bank, whose deposits were, at the time of the offense, insured by the Federal Deposit Insurance Corporation (FDIC), and to obtain the money, funds, credits, assets, securities, and other property owned by, and under the custody and control of, the aforementioned financial institution, by means of false or fraudulent pretenses, representations, and promises. Specifically, the Defendant was the branch manager and vice-president of the CorTrust Bank branch in Leola, South Dakota. In this capacity, the Defendant made a nominee loan in the name of an unknowing bank customer, R.K. The Defendant used the loan proceeds for the Defendant's own benefit. Defendant's actions were all in violation of 18 U.S.C. § 1344.

A TRUE BILL:

**NAME REDACTED**

Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: *[signature]*

2